**UNITED STATES DISTRICT COURT**         **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Diamond Services Corporation
   *Plaintiff(s),*

v.                                                    Case No. 4:23–cv–04505

Neptune Americas & Marine Corporation
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Dismiss for Failure to State a Claim – #10

DATE:   **4/4/2024**

TIME:   **10:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                          Date: April 2, 2024

By Deputy Clerk, A. Rivera